# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERSES TASHCHYAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. LIZARRAGA, Warden,<br><br>　　　　　Respondent. | Case No.: 1:18-cv-01242-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY<br><br>[Doc. 9] |

On September 13, 2018, Petitioner filed a petition for writ of habeas corpus challenging a 2014 conviction sustained in Fresno County Superior Court for first degree murder with firearm enhancements. (Doc. 1.) In his petition, Petitioner presented three grounds for relief and indicated that Claims Two and Three were unexhausted. He requested a stay of the proceedings to allow him time to exhaust his state remedies. The Court granted the stay on September 18, 2018. (Doc. 5.) On March 20, 2019, Petitioner filed a motion to lift the stay stating that exhaustion was complete and attaching a copy of the denial issued by the California Supreme Court. (Doc. 9.) It appears the petition is exhausted, so the Court **LIFTS** the stay.

IT IS SO ORDERED.

　Dated: __March 22, 2019__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE